# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VICTOR HUGO MARTINEZ,

        Plaintiff,

      v.

C. LAWLESS, et al.,

        Defendants.

_____/

Case No. 1:12-cv-01301-LJO-SKO (PC)

ORDER GRANTING DEFENDANTS'
REQUEST FOR LEAVE TO DEPOSE
PLAINTIFF BY VIDEOCONFERENCE,
NUNC PRO TUNC TO JULY 11, 2014

(Doc. 22)

      Plaintiff Victor Hugo Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 9, 2012.  This action is proceeding against Defendants Morse, Herrera, Chamberlin, and Molina for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution.

      A scheduling order was filed on March 27, 2014, and this action is currently in the discovery phase.  On May 13, 2014, Defendants filed a motion seeking leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).  Good cause having been shown, Defendants' request is HEREBY GRANTED, nunc pro tunc to July 11, 2014.[1]  Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

Dated:  **July 25, 2014**                          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the standard discovery and scheduling order now issued in cases such as this, leave to depose inmates via videoconference is authorized.  That revision, however, occurred after the issuance of the discovery and scheduling order in this case.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28