# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LAWLESS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-01301-LJO-SKO (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO APRIL 6, 2015<br><br>(Doc. 31) |

Plaintiff Victor Hugo Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 9, 2012. On February 5, 2015, Defendants filed a motion to modify the scheduling order. Plaintiff did not file a response. Local Rule 230(*l*).

Accordingly, good cause having been shown and in the absence of any prejudice to Plaintiff, Defendants' motion is HEREBY GRANTED, and the pretrial dispositive motion deadline is extended to April 6, 2015. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated: **March 23, 2015**           /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE