# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO MARTINEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAWLESS, et al.,<br><br>　　　　　Defendants. | 1:12-cv-01301-LJO-SKO (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TWENTY-ONE (21) DAY DEADLINE |

   Plaintiff, Victor Hugo Martinez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 9, 2012. Dispositive motions have been filed and were recently ruled on. Plaintiff proceeds forward only on his claims of excessive force against Defendants Herrera and Morse and for failure-to-protect against Defendants Chamberlin and Molina. (*See* Docs. 52, 56.) The possibility of settlement must be explored before this action will be set for trial.

   Accordingly, it is HEREBY ORDERED, that within **twenty-one (21) days** of the date of service of this order, the parties shall file statements indicating whether they believe, in good faith, that settlement is a possibility in this case and whether a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated:   **April 5, 2016**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1