# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO MARTINEZ, | 1:12-cv-01301-LJO-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT VICTOR HUGO MARTINEZ, #K-97257, PLAINTIFF** |
| LAWLESS, et al., | |
| Defendants. | DATE: July 28, 2016 |
| / | TIME: 9:30 a.m. |

Victor Hugo Martinez, CDCR # K-97257, the Plaintiff in proceedings in this case set for a settlement conference on July 28, 2016, is confined in California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the U. S. District Court, Courtroom #8, 2500 Tulare Street, Fresno, California 93721, on Thursday, July 28, 2016 at 9:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.      A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2.      The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSATF, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:    **June 14, 2016**                           /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE