# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LAWLESS, et al.,<br><br>　　　　Defendants. | **Case No. 1:12-cv-01301-LJO-SKO (PC)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 64)** |

　　　　Plaintiff, Victor Hugo Martinez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 17, 2016, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the parties to bear their own litigation costs and attorney's fees. (Doc. 64.)

　　　　In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

　　Dated:　**August 24, 2016**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE